# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Charlotta A. Belgum xx/xx/1986<br><br>_____<br>Defendant(s) | )<br>)<br>) Case No. 24-m-603<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Dec. 10, 2021 - Dec. 27, 2021__ in the county of __Outagamie__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(b) | Production of child pornography by a parent or guardian |

This criminal complaint is based on these facts:

See the attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Eric Voland, DCI
Printed name and title

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 1/4/2024

_____
Judge's signature

City and state: Green Bay, Wisconsin

Magistrate Judge James R. Sickel
Printed name and title

AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

I, Eric M. Voland, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a sworn law enforcement officer currently employed as a special agent with Wisconsin Department of Justice-Division of Criminal Investigation (DCI). I began employment as a special agent in 2023 and have been employed as a certified law enforcement officer in the State of Wisconsin since 2000. I make this affidavit upon information and belief based upon my training and experience, my personal knowledge or information provided to me by fellow law enforcement officers or citizen witnesses, or all of the above, as described more fully below.

2. In April 2008, I successfully completed 36 hours of ICAC Investigative Techniques training. In April 2009, I completed 8 hours of training in Computer Forensics and Digital Evidence. In April 2010, I completed 16 hours of training in Undercover Chatroom Investigations. In 2018, I received one hour of training in Tracing IP Addresses and Introduction to IPv6. In 2017 and 2023, I attended the Wisconsin ICAC conferences, which provided updates about legal processes, updates in technology, and current trends in internet crimes against children. In January, 2021, I attended the Wisconsin Juvenile Officer's Association Conference and learned about Legal Updates and Search Warrants. In June 2023, I attended 24 hours of training at the National Child Exploitation Conference and learned about updated legal processes for Electronic Service Providers, updated investigative techniques, and changes in technology that facilitate child exploitation.

3. I am currently assigned to the Wisconsin ICAC Taskforce, which was developed pursuant to a federal grant received from the Office of Juvenile Justice and Delinquency Prevention (OJJDP) and the National Center for Missing and Exploited Children (NCMEC). Wisconsin ICAC Task Force's primary responsibility is the investigation of sexual crimes committed against children through the use of a computer and the internet.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe CHARLOTTA A. BELGUM, DOB: 04/04/1986, committed violations

of Title 18, United States Code, Section 2251(b) "production of child pornography by a parent or guardian."

**BACKGROUND AND PROBABLE CAUSE**

5. On January 3, 2024, the Wisconsin Department of Justice Division of Criminal Investigation (WI DOJ-DCI) received a referral from the United States Homeland Security Investigations (HSI).

6. Between November 27, 2023, to January 3, 2024, HSI Special Agent (SA) Eddie Ramirez, assigned to the HSI San Antonio Field Office, conducted a forensic review of a download from a desktop computer tower seized by the San Antonio Police Department (SAPD) during a child pornography investigation on June 26, 2023. On June 26, 2023, Laura Hurd, DOB: 05/26/1992, reported her boyfriend/ex-boyfriend, Bobby E. Matjeka DOB: 12/10/1980, had child pornography on his computer. SAPD dispatched an officer(s) who observed the image(s) of child pornography on the computer and subsequently seized the desktop computer tower (hereafter referred to as the computer).

7. The SAPD obtained a search warrant for the computer on June 30, 2023. Due to a backlog of electronics requiring review, HSI took custody of the computer on or around November 17, 2023. An HSI Computer Forensic Analyst (CFA) downloaded the computer between November 17, 2023, and November 27, 2023.

8. Between November 27, 2023, to January 3, 2024, HSI SA Ramirez then analyzed and reviewed the download and found 20-30 naked images of the same prepubescent female child, which SA Ramirez determined to be consistent with child pornography/child sexual abuse material (CSAM) that originated from conversations from a Kik Username(s) Char B/cabsnztrouble and text messages from phone number 920-205-5329. The images of the prepubescent female child were sent from Char B/cabsnztrouble and 920-205-5329. The chats occurred between approximately December 2021 to June 2022.

9. SA Ramirez sent a federal summons (akin to a subpoena) to the cellular service

provider for the phone number, T-Mobile, and identified the owner phone number as Charlotta Belgum, residence of 907 North Fair Street, Appleton, WI, 54911.

10. Through further investigation, Charlotta was further identified as Charlotta A. Belgum, DOB: 04/04/1986. A social media account, believed to belong to Belgum, depicted her with a young child, who was identified by Appleton School District Records to be her 8-year-old daughter, T.H., DOB: 08/03/2015. SA Ramirez subsequently identified T.H. in the social media photographs as the same child depicted in the CSAM.

11. The WI DOJ-DCI obtained the copies of the chats reviewed by SA Ramirez. WI DOJ-DCI SA Eric Voland reviewed the images recovered by SA Ramirez and believed the images to be child pornography based on Wisconsin and Federal statutes.

Some of the images and comments from the Kik conversation are summarized below:

On December 14, 2021, Char B sent seven images of T.H. in a bathtub filled with red water. T.H. is described as being naked, has shoulder length brown hair, no pubic hair, and no breast development. In one of the images T.H. is in a crouched position looking at the camera and her vagina is exposed above the water. The next image appears to be a close-up of T.H.'s vagina area and her face is not visible.

After those seven images are sent by Char B, the following conversation occurs:

| Date/Time | User | Message |
|---|---|---|
| 12/14/21 01:41 | (Matjeka) | Mmmmmmm. Man I love her |
| 12/14/21 01:42 | Char B | I know. She's delectable…I can't get enough of her. |
| 12/14/21 01:42 | (Matjeka) | I can't either |
| 12/14/21 01:44 | Char B | She's just gorgeous and I love that she's into chokers now too |
| 12/14/21 01:45 | (Matjeka) | Yes. She will be my slave so it's only right |
| 12/14/21 01:45 | Char B | Agreed |
| 12/14/21 01:46 | (Matjeka) | I'm so horny for her |
| 12/14/21 01:47 | Char B | Me too |

12. SA Voland observed 25 images of T.H. naked in or around the bathtub in the Kik conversations between December 10, 2021, and December 27, 2021, with sexual comments in response to those images.

13. On January 3, 2024, SA Voland and SA Kadie Walusay (WIDOJ-DCI) interviewed Charlotta Belgum at the Appleton Police Department. Belgum waived her Miranda Rights and agreed to speak with the Special Agents. Belgum acknowledged that she has had phone number 920-205-5329 for about the past nine years, and she acknowledged having a Kik username of Char B. Belgum indicated she met people on the website FetLife, which is a social network for people with fetishes. Belgum indicated she would meet people on this site and then later communicate with them through text messages or Kik. SA Voland showed Belgum sanitized images and some of the conversations that SA Ramirez recovered and Belgum admitted to taking those pictures of T.H. in sexually explicit positions. Belgum admitted to sending those images to "Bobby" in Texas through text messages during conversations that were sexual in nature. Belgum also admitted to receiving CSAM images from "Bobby" because he wanted Belgum to "get turned on" by those images. Belgum admitted that she took pictures of her daughter, T.H., while in the bathtub at her home at 907 N. Fair St, Appleton, WI, with her phone and nobody else besides her took those pictures.

14. Based on the above-stated facts, I believe there is probable cause to believe in the year 2021, in the State and Eastern District of Wisconsin, CHARLOTTA A. BELGUM, committed a violation of Title 18, United States Code, Section 2251(b), "production of child pornography by a parent or guardian."

_____
Special Agent Eric Voland
Wisconsin Department of Justice
Division of Criminal Investigation

Subscribed and sworn to before me
this 4 day of January, 2024.

_____
The Honorable
United States Magistrate Judge