**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| UNITED STATES OF AMERICA | INITIAL APPEARANCE ON CRIMINAL COMPLAINT |
|---|---|
| v. | |
| **CHARLOTTA A. BELGUM** | Case No. **24-MJ-603** |

| | |
|---|---|
| HONORABLE JAMES R. SICKEL presiding | Hearing Began: 2:39 p.m. |
| Deputy Clerk: Kyle | Hearing Ended: 2:51 p.m. |
| Hearing Held: January 5, 2024 | Tape Number: 010524 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel Humble |
| CHARLOTTA A. BELGUM by: | Thomas Phillip |
| | ☒ FDS  ☐ CJA  ☐ RET |
| U.S. PROBATION OFFICE by: | Robert Herman |
| INTERPRETER:  ☒ None  ☐ Sworn | |

Defendant appears in person.

☒ Defendant advised of rights
☒ Court orders counsel appointed
☒ Copy of complaint received by Defendant
  ☒ document read; ☒ further reading waived
☒ Defendant advised of maximum penalties
   Maximum penalties:
   SENT: 15-year MM-30 years
   SR: 5 years-Life
   SA: $100.00
   JVTA: $5,000.00 (unless found indigent)

| Defendant waives: | Court sets: |
|---|---|
| ☐ Preliminary Hearing | ☒ Preliminary Hearing: **January 18, 2024 at 1:30 p.m.** |
| ☐ Identity Hearing | ☐ Identity Hearing: |

☒ Detention hearing held.
☒ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.